Order in each case affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

---

JAMES D. McCAULEY, Respondent, *v.* GEORGIA RAILROAD BANK, Appellant.

*Corporations — attachment — jurisdiction — resident of this State 'may maintain action in courts of this State against foreign corporation on assignment from another foreign corporation.*

*McCauley* v. *Georgia Railroad Bank,* 209 App. Div. 886, affirmed.
(Argued September 29, 1924; decided October 14, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1924, which affirmed an order of Special Term denying a motion to vacate a warrant of attachment.

The following question was certified: " May a resident of the State of New York who holds an assignment from a foreign corporation of a cause of action against a foreign corporation, which assignment has been made to enable the resident to bring suit, maintain an action in the courts of the State of New York where the assignor corporation could not sue because the case does not fall within the provisions of section 47 of the General Corporation Law? "

*Hamilton M. Dawes* and *C. Westley Abbott* for appellant.
*Vermont Hatch* for respondent.

Order affirmed, with costs, question certified answered in the affirmative on authority of *McBride* v. *Farmers Bank* (26 N. Y. 450); no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.